IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| IN RE: | ) |
|    MIKE DENIKOV, | ) |
| | )   No. 19 B 33798 |
|                      Debtor, | ) Judge: Carol A. Doyle |
| | ) Chapter 13 proceeding |

## NOTICE OF MOTION

To: See attached service list

   On  August 18, 2020 at  10:30  a.m., or as soon thereafter as counsel may be heard, I shall appear before the Honorable Judge Doyle or any judge sitting in her stead, in the courtroom usually occupied by her in Room 742, at the Dirksen Federal Building, 219 S. Dearborn, Chicago, Illinois, and present the attached **Motion to Modify Chapter 13 Plan to Defer Trustee Default, at which time you may appear if you wish to object.**

**This Motion will be presented and heard telephonically.**  No personal appearance in court is necessary or permitted.  To appear and be heard on the motion, you must set up and use an account with Court Solutions LLC.  You can set up an account at www.Court-Solutions.com or by calling Court Solutions at 917-746-7476.

    **If you wish to object to the Motion** and want it called on the presentment date above, you must file a Notice of Objection with the Court no later than two (2) days before that date.  If a Notice of Objection is timely filed, the motion will be called on the Presentment Date.  If no Notice of Objection is timely filed, the court may grant the motion in advance without a hearing.

Law Offices of Daniel M. Moulton
10150 S. Western Avenue
Chicago, Illinois 60643
773-429-1001
#:36792


PROOF OF SERVICE BY MAIL AND/OR ELECTRONIC MAIL

I, Daniel Moulton, an attorney, certify that I served this notice by depositing a copy with first class postage in the mailbox located at 103rd & California, Chicago, Illinois, and/or electronic mail, to all those persons or entities listed on the above or attached service list before 5:00 p.m. on  July 21, 2020.


/s/ Daniel Moulton

Service list

Via e-mail:

Tom Vaughn, Trustee
55 E. Monroe, #3850
Chicago, IL 60603

Via regular mail:

Select Portfolio
P.O. Box 65260
Salt Lake City, UT 84165

Niles Water Department
1000 Civic Center Drive
Niles, IL 60715

City of Chicago
Department of Finance
P.O. Box 88292
Chicago, IL 60680

Van Ru Credit Corp
1350 E. Touhy Ave., Suite 300 E
Des Plaines, IL 60018

Internal Revenue Service
P.O. Box 7346
Philadelphia, PA 19101

North Shore University Health System
23056 Network Place
Chicago, IL 60673

Chicago Health & Rehabilitation
2400 W. Devon Ave, Suite 213
Chicago, IL 60659

Penn Credit
P.O. Box 988
Harrisburg, PA 17108

Linebarger Goggan Blair Sampson
P.O. Box 06152
Chicago, IL 60606

A/R Concepts Inc.
18-3 D. Dundee Rd., Suite 330
Barrington, IL 60010

Mercy Hospital & Medical Center
2526 S. Michigan Ave.
Chicago, IL 60616

National Commercial Services, Inc.
6644 Naljean Ave., Suite 100
Niles, IL 60714

Photo Enforcement Program
75 Remittance Drive, Suite 6658
Chicago, IL 60675

City of Chicago
Department of Finance- Utility Billing
P.O. Box 6330
Chicago, IL 60680

Deutsche Bank
c/o Kluever & Platt
150 N. Michigan, #2600
Chicago, IL 60601

IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                               )
   MIKE DENIKOV,                     )
                                     )   No. 19 B 33798
                Debtor,       )   Judge: Carol A. Doyle
                                     )   Chapter 13 proceeding

**Motion to Modify Chapter 13 Plan to Defer Trustee Default**

Now Comes the Debtor, Mike Denikov, by and through Daniel Moulton, and for her Motion to Modify Chapter 13 Plan states the following:

1. Confirmation in this matter is scheduled for August 18, 2020. On May 12, 2020, Debtor filed an amended plan reducing his trustee payment to $215.00 from $1,225.00, but he remains approximately $1,605.00 in arrears based on his previously filed plans.

2. The trustee payment of $215.00 will cover the plan base for the remaining months of the plan, but he will be unable to make up the arrears in time for confirmation. Debtor is requesting that said arrears be deferred to the end of Debtor's Chapter 13 plan.

3. Debtor understands the unusual nature of his request, but he has paid $2,715.00 to the trustee recently and will have an additional payment of $215.00 before this motion is heard.

4. Debtor's original monthly trustee payment of $1,225.00 included arrears for his mortgage that have since been removed via an order modifying the automatic stay on behalf of the mortgagee.

5. Debtor is now attempting to modify his mortgage while keeping his water turned on through this Chapter 13. Debtor fell behind in this Chapter 13 when his construction work slowed and the economy took a long time to somewhat recover from the Covid crisis.

    6. Should this Chapter 13 case be dismissed, Debtor will in all likelihood be unable to re-file a Chapter13 with an automatic stay in effect due to his filing history, and his water will be turned off by the Village of Niles.

   WHEREFORE, Debtor requests this Just Court grant modify Debtor's Chapter 13 plan filed on July 21, 2020 to defer his arrears of approximately $1,605.00 to the end of his Chapter 13 plan.

                                               Respectfully submitted,

                                               /s/ Daniel Moulton

Law Offices of Daniel M. Moulton
10150 S. Western Avenue
Chicago, Illinois 60643
773-429-1001